UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stanley A. Slupkowski,

       Petitioner,

    v.                                                      Civil No. 09-1048 (JNE/SRN)
                                                                  ORDER

U.S. Attorney General and Director
Secret Service of the Homeland Security,

       Respondents.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on June 17, 2009. Following issuance of an Order commanding Petitioner to show cause why this action should not be transferred to the Eastern District of North Carolina, *see Achuleta v. Hedrick*, 365 F.3d 644, 647-49 (8th Cir. 2004), the magistrate judge recommended that certain responsive motions filed by Petitioner be denied, that Petitioner's petition for habeas corpus relief be denied, and that this matter be dismissed without prejudice. Petitioner filed a "Motion for the Court's Order of 17 June 2009, Be Declared Invalid, Change of Venue Under 28 U.S.C. 1391, Filed June 1 2009." The Court construes this motion as an objection to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.      Petitioner's petition for habeas corpus relief [Docket No. 1] is DENIED.

    2.      Petitioner's "Motion to Show Cause that Case Should Remain, in the District of Minneapolis Minnesota, District Court" [Docket Nos. 3 and 4] is DENIED.

    3.      Petitioner's "Motion to Return the Petitioner to the Mid-Atlantic, Area for Proceedings in District of Columbia, to Include Congress, Richmonnd [sic] VA., and Eastern District of NC., (Raleigh)" [Docket No. 6] is DENIED.

4. This case is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 26, 2009

s/ Joan N. Ericksen  
JOAN N. ERICKSEN  
United States District Judge